Arthur MONK, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75271.

Missouri Court of Appeals, Western District.

June 25, 2013.

Jeannie Willibey, Assistant Appellate Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Daniel N. McPherson, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division I: GARY D. WITT, Presiding Judge, and THOMAS H. NEWTON and MARK D. PFEIFFER, Judges.

#### Order

PER CURIAM:

Arthur Monk appeals from the Judgment of the Circuit Court of Buchanan County, Missouri, denying his Rule 29.15 amended motion for post-conviction relief after an evidentiary hearing. Upon review of the record, we find no error and affirm in this *per curiam* order. We have provided the parties with a memorandum setting

forth the reasons for our decision. Rule 84.16(b).